Gwenda R. Robinson, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Barbara K. Chesser, Asst. Atty. Gen., Jefferson City, for respondent.

Before HOFF, P.J., and GARY M. GAERTNER and RHODES RUSSELL, JJ.

## ORDER

PER CURIAM.

Anthony Barnett (Movant) appeals from the judgment denying his Rule 24.035 motion for post-conviction relief after Movant pleaded guilty to forgery, section 570.090.1, RSMo

---

Tony OWENS–BEY, Appellant,

v.

STATE of Missouri, Respondent.

No. 73519.

Missouri Court of Appeals,
Eastern District,
Division Two.

Aug. 18, 1998.

Mark A. Grothoff, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Meghan J. Stephens, Asst. Atty. Gen., Jefferson City, for respondent.

Before JAMES R. DOWD, P.J., and CRAHAN and RICHARD B. TEITELMAN, JJ.

## ORDER

PER CURIAM.

Tony Owens–Bey (Movant) appeals from the judgment denying his Rule 29.15 motion for post-conviction relief after an evidentiary

hearing. We have reviewed the briefs of the parties and the record on appeal and conclude the trial court's determination is not clearly erroneous. Rule 29.15(k). No precedential or jurisprudential purpose would be served by an extended opinion reciting the detailed facts and restating the principles of law. We have, however, provided a memorandum opinion for the use of the parties only setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).